HEATHER E. WILLIAMS, Bar#122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. s. 13-180-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| MICHAEL GIBSON, | ) | DATE:  August 13, 2013 |
| | ) | TIME:  9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, MICHAEL GIBSON, that the status conference set for Tuesday, June 25, 2013 be continued to Tuesday, August 13, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel time to review the evidence in this case and discuss it with the government and Mr. Gibson.  The government has indicated that it is continuing to review the computer evidence in this case and intends to provide supplemental discovery to the defense.  Further, the defense is

investigating mitigating evidence in this case.  The parties stipulate
that the ends of justice served by the granting of such continuance
outweigh the interests of the public and the defendant in a speedy
trial.

Speedy trial time is to be excluded from the date of this order
through the date of the status conference set for August 13, 2013,
pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
(Local Code T4).

DATED: June 24, 2013            HEATHER E. WILLIAMS
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Research and Writing Attorney
                                Attorney for Defendant

DATED: June 24, 2013            BENJAMIN WAGNER
                                United States Attorney


                                /s/ Rachelle Barbour for
                                KYLE REARDON
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of
the parties, and good cause appearing therefrom, adopts the stipulation
of the parties in its entirety as its order. The Court specifically
finds that the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking
into account the exercise of due diligence.  The Court finds that the
ends of justice to be served by granting the requested continuance
outweigh the best interests of the public and defendant in a speedy

**2**

trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 25, 2013 status conference shall be continued until August 13, 2013, at 9:45 a.m.

DATED: June 24, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge