1  HEATHER E. WILLIAMS, State Bar #122664
   Federal Defender
2  RACHELLE BARBOUR, State Bar #185395
   Research & Writing Attorney
3  OFFICE OF THE FEDERAL DEFENDER
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: 916-498-5700/Fax 916-498-5710
5  rachelle.barbour@fd.org

6
   Attorneys for Defendant
7  MICHAEL GIBSON

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                        No.  Cr.S. 13-180-JAM
           Plaintiff,
12                                      STIPULATION AND ORDER
     v.                                 CONTINUING STATUS CONFERENCE
13
   MICHAEL GIBSON,                      Dated: February 11, 2014
14                                      Time:  9:45 a.m.
           Defendant.                   Judge: Hon. John A. Mendez
15 _____ /

16
        IT IS HEREBY STIPULATED by and between the parties hereto through their
17
   respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff,
18
   and RACHELLE BARBOUR, attorney for Defendant, MICHAEL GIBSON, that the status
19
   conference set for Tuesday, December 3, 2013 be continued to Tuesday, February 11, 2014 at
20
   9:45 a.m.
21
        The reason for this continuance is to allow defense counsel time to and discuss resolution
22
   with the government and Mr. Gibson.  The defense is investigating mitigating evidence in this
23
   case.  The parties stipulate that the ends of justice served by the granting of such continuance
24
   outweigh the interests of the public and the defendant in a speedy trial.
25
        //
26
        //
27

28

                                         -1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 11, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 25, 2013

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant

DATED: November 25, 2013

BENJAMIN WAGNER
United States Attorney

/s/ Rachelle Barbour for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including February 11, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the December 3, 2013 status conference shall be continued until February 11, 2014, at 9:45 a.m.

DATED: November 25, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge